05-20705.or3

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

CASE NO. 05-20705-CIV-Magistrate Judge Brown

**THIS IS A CONSENT CASE**

ROBERT L. ROTH,

       Plaintiff,

vs.

NICHOLAS R. FRIEDMAN, ESQ.,

       Defendant.

_____/

## ORDER CLOSING CASE

**This matter** came before this Court for a Settlement Conference on February 6, 2007. After proceedings held at that time the parties agreed to a settlement, the terms of which were placed into the record.

Therefore, and the Court being otherwise fully advised in the premises, it is hereby **ORDERED AND ADJUDGED** as follows:

1.  This Case is hereby dismissed and the Clerk is directed to close the case.

2.  The court retains jurisdiction to enforce the terms of the settlement.

**DONE AND ORDERED** this 7th day of February, 2007, at Miami, Florida.

STEPHEN T. BROWN
U.S. MAGISTRATE JUDGE

cc:    Stephen Zukoff, Esq.
       Robert Klein, Esq.